No. 99–5663 (A–136). In re Earhart. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

August 17, 1999

No. 98–1839. Edwards, Governor of Louisiana, et al. v. Griffin. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

No. 98–9936 (A–83). Trevino v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied. Justice Stevens and Justice Ginsburg would grant the application for stay of execution.

No. 99–5502 (A–148). Williams v. Angelone, Director, Virginia Department of Corrections. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied. Certiorari denied. Justice Stevens and Justice Ginsburg would grant the application for stay of execution.

August 23, 1999

No. A–95 (98–1924). Wojciechowski v. Montevideo Partnership et al. C. A. 9th Cir. Application for stay, addressed to Justice Souter and referred to the Court, denied.

No. A–96 (98–1955). Wojciechowski v. Walt Disney Concert Hall No. 1 et al. C. A. 9th Cir. Application for stay, addressed to Justice Souter and referred to the Court, denied.

No. A–993 (99–5103). Kinney v. Bankers Trust Co. App. Ct. Conn. Application for stay, addressed to Justice Breyer and referred to the Court, denied.